USA v. **Hoo Tran**     CASE NO. CR-**95-125 HM**     DEFT. NO. **1**

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

1. ☒ Indictment    ☐ Information
   a. Investigative agency (i.e., FBI, DEA, IRS, Customs, etc.)
      Secret Service and FBI
2. Offense charged as a:
   a. ☒ Felony
      ☐ Minor Offense
      ☐ Petty Offense
   b. Date of Offense _____
   c. County in which first offense occurred __Orange__
   d. The crimes charged are alleged to have been committed in: (Check **ALL** that apply)
      ☒ Los Angeles     ☐ San Bernardino
      ☒ Orange          ☐ Other
      ☐ Riverside
3. Citation of Offense: __18 U.S.C. Sec. 1344__
   __18 U.S.C. Sec. 982__
4. This defendant is charged in:   ☒ All Counts
   ☐ Only Counts _____
5. _____ A complaint was previously filed on _____
   case no. _____
   charging _____

   The complaint: ☐ Is still pending
   ☐ Was dismissed on _____
6. Has an information or indictment involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?     ☐ No
   ☐ Yes (Case No. _____)

7. _____ This is the _____ superseding charge (i.e., first, second, etc.). The superseded case was previously filed on _____.
   case no. _____.
   The superseded case:
   ☐ Is still pending before Judge/Magistrate Judge _____
   ☐ Was previously dismissed on _____
8. Pursuant to Section 10.1 of General Order 224, criminal cases may be related if a previously filed information or indictment and the present case:
   a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
   b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.
   Related case(s), if any, (Must attach Notice of Related Case): _____
9. _____ This defendant is designated as "High Risk" per 18 USC 3164(a)(2) by the U.S. Attorney.
10. _____ This is designated a "Special Case" per 18 USC 3166(b)(7).
11. Date of Birth _____
    ☐ Male            ☐ Female
    ☐ U.S. Citizen    ☐ Alien
12. Will sixteen (16) days or more be required to present government's evidence in the case in chief?
    ☐ Yes     ☐ No
13. Is an interpreter required?     ☐ No
    ☐ Yes (list language and/or dialect)

FILED NOV 17 1995
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA, CALIFORNIA

ENTERED ON ICMS

CR-72 (03/95)                    - OVER -

# CUSTODY STATUS

14. DEFENDANT IS <u>NOT</u> IN CUSTODY:

   a. Date and time of arrest on complaint _____

   b. Posted bond at complaint level on_____in the amount of $_____

   c. PSA supervision?  ☐ Yes    ☐ No

   d. _____ Is a Fugitive.

   e. _____ Is on bail or release from another district. Show district:_____

   f. _____ Has not been arrested but will be notified by summons to appear.

   g. _____ Warrant requested.

---

DEFENDANT IS <u>IN</u> CUSTODY:

   a. Place of incarceration:    ☐ State    ☐ Federal

   b. Name of Institution:_____

   c. If Federal: U.S. Marshal's Registration Number:_____

   d. _____ Solely on this charge. Date and time of arrest:_____

   e. _____ On another conviction:   ☐ State    ☐ Federal    ☐ Writ of Issue

   f. _____ Awaiting trial on other charges:   ☐ State    ☐ Federal

       Name of Court:_____

15. Date transferred to Federal custody:_____

16. This person/proceeding is transferred from another district per FRCrP:   \_\_\_\_\_ 20  \_\_\_\_\_ 21  \_\_\_\_\_ 40

17. Determinations as to excludable time prior to filing indictment/information (Explain):_____

_____

_____

_____

_____

18. DATE:_____    19. SIGNATURE:_____

                                                                                                           Assistant U.S. Attorney

                                                                         20. PRINT NAME: MARC R. GREENBERG A.U.S.A.

---

CR-72 (03/95)                            CASE SUMMARY