**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SACR 95-125-LHM

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | CR 95-1078 SA 97-61 M |
| -VS- | |
| Huu Tran | REPORT COMMENCING CRIMINAL ACTION |
| DEFENDANT(S). | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1) Date and time of arrest 3/4/97 10:45a a.m./p.m.
2) Charges under which defendant has been booked at Metropolitan Detention Center (MDC)
   Title 18 USC 1344, Bank Fraud
3) Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
4) U.S. Citizen: ☒ Yes ☐ No ☐ Unknown
5) Date of Birth: 1/21/49
6) The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before Magistrate Judge.
   ☐ At liberty and warrant is requested.
   Federal ☐ In custody on another conviction.
   State ☐ In custody awaiting trial on these charges.
7) Place of detention (if out-of-district): N/A
8) Date detainer placed on defendant: N/A
9) This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A)
   Dismissed on motion of N/A
10) Name of Pretrial Services Officer: unknown
11) Remarks (if any): N/A

12) Date: 3/4/97
13) Patricia J Zepko (Signature)
14) Patricia J Zepko (Name)
15) Special Agent (Title)

CR-64 (10/93) REPORT COMMENCING CRIMINAL ACTION

ENTERED ON ICMS