# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF,

CASE NO. CR- SA 95-125-LHM
DATE INDICTMENT FILED 11/17/95
VIOLATION 18:1344(1), 2(b) + 982

-vs-

HUU TRAN

TAPE NO. SA2186   DATE MARCH 4, 1997
RECORD OF PROCEEDINGS - ARREST ON INDICTMENT

DEFENDANT(S).

PROCEEDINGS BEFORE UNITED STATES MAGISTRATE JUDGE **ELGIN EDWARDS**

Present: **V.R. VALLERY** (Deputy Clerk)  **MARC GREENBERG** (Assistant U.S. Attorney)  **VI NGUYEN** (Interpreter)

☒ Defendant informed of charge and right to appointment of counsel, if indigent. Bail review.
☐ Defendant advised of consequences of false statement in financial affidavit.
☒ Attorney: **MARK S. AXUP**   ☒ RETD  ☐ Apptd  ☐ DFPD  ☐ PANEL:   ☐ Poss Contribution Order

**TYPE OF BOND**

☐ Personal Recognizance (Signature only - no dollar amount)
☒ Unsecured Appearance Bond in amount of $ **100,000**
☐ Appearance Bond in amount of $_____
   with cash deposit (amount or %)_____
   with affidavit of surety (no justification) (Form CR-4)
☐ Release only to PSA
   with justification affidavit of surety (Form CR-3)
   and with deeding of property or
☐ Collateral Bond in amount of $_____
   (Cash or negotiable securities)
☐ Corporate Surety Bond in amount of $_____
   (Corporate Surety Bond requires separate form)

**CONDITIONS RELEASE**

☐ PSA Supervision  ☐ Intensive
☐ Surrender passport
☐ Bail subject to Nebbia Hearing
☐ Travel restricted to_____
☐ Alcohol/Drug testing_____
☐ Residence approved by PSA
☐ Not possess firearms or be in the presence of anyone using or possessing firearms
☐ Avoid places of egress
☐ Not illegally use or possess drugs or be in the presence of anyone illegally using or possessing firearms

☐ Release NOW and justify by_____ or  ☐ Other_____
   appear before Magistrate Judge_____ at_____ AM/PM
   on_____
☒ Post-Indictment Arraignment set for: **MARCH 10, 1997 @ 10:00 A.M.**
   before Magistrate Judge **ELGIN EDWARDS, DEFT**
☐ Court ORDERS medical Abstract iss'd re: **IS ORDERED TO RETURN**
☐ OTHER:_____
☒ BOND POSTED:   Date **MARCH 4, 1997**.   Release ORDERED. **#22000**
Defendant's Address:_____
Defendant's Telephone Number:_____

*COUNSEL MOVES TO APPEAR PRO HAC VICE. CRT ALLOWS APPEARANCE FOR TODAY ONLY & INSTRUCTS COUNSEL TO SUBMIT THE APPROPRIATE FORM BEFORE THE NEXT SCHEDULED HEARING.

**V.R. Vallery** — Magistrate Judge Courtroom Deputy Clerk

DISTRIBUTION:
Case File         (Original)
U.S. Attorney     (Blue)
PIA Calendar Clerk (Pink)

M-7 (03/93)   RECORD OF PROCEEDINGS - ARREST ON INDICTMENT

ENTERED ON ICMS