UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. Huu Tran Defendant/Material Witness. | CASE NUMBER | |
|---|---|---|
| | **COMPLAINT** | **INDICTMENT/INFORMATION** |
| | SA97-6100 | SACR 95-125-LHM |
| | Violation of Title 18 Section 1344 | |

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☒ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $ 100,000
☐ APPEARANCE BOND IN THE AMOUNT OF $_____
　　☐ WITH CASH DEPOSIT (AMOUNT OR %) _____
　　☐ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)
　　☐ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)
　　☐ WITH DEEDING OF PROPERTY
☐ COLLATERAL BOND IN AMOUNT OF $_____ (Cash or Negotiable Securities)
☐ CORPORATE SURETY BOND IN AMOUNT OF $_____ (Separate Form Required)
☐ ADDITIONAL REQUIREMENTS:_____

☐ ALL REQUIREMENTS OF BOND SHALL BE MET AND BOND POSTED NO LATER THAN:_____.
☐ BAIL FIXED BY COURT_____　　☐ ALL REQUIREMENTS HAVE BEEN MET: _____
　　　DEPUTY CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## PRE-CONDITIONS TO RELEASE

☐ You are to surrender to the Clerk of Court all passports issued to you and not apply for the issuance of a passport during the pendency of this case.
☐ Bail is subject to Nebbia Hearing.

## ADDITIONAL CONDITIONS OF RELEASE

☐ Travel restricted to _____
☐ You are to reside with _____
☐ Pretrial Services supervision.　　[　] Intensive
☐ You are not to use illegal drugs and are to cooperate with Pretrial Services in a drug treatment and testing program.
☐ You are to participate in a residential drug/alcohol treatment program as approved by Pretrial Services.
☐ Other conditions:_____

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I understand the next ordered appearance is at _____ a.m./p.m.
　　　　　　　　　　　　　　　　　　　(Place)　　　　　　　　　　　　　　(Date/Time)

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will not leave the State of California except upon order of this Court and I will immediately inform my counsel of any change in my residence address or telephone number so that I may be reached at all times by executing a Change of Address (Form CR-103).

I will not commit a Federal, State, or local crime during the period of release.

I will not intimidate any witness, juror or officer of the court or obstruct the criminal investigation in this case in violation of Title 18 USC Section 1503 and 1510. Additionally, I will not tamper with, harass or retaliate against any alleged witness, victim or informant in this case in violation of Title 18 USC Section 1512 and 1513.

### ACKNOWLEDGEMENT OF DEFENDANT/MATERIAL WITNESS

AS A CONDITION OF MY RELEASE ON THIS BOND, PURSUANT TO TITLE 18 OF THE UNITED STATES CODE, I HAVE READ OR HAVE HAD INTERPRETED TO ME AND UNDERSTAND THE GENERAL CONDITIONS OF RELEASE, THE PRE-CONDITIONS AND ADDITIONAL CONDITIONS OF RELEASE AS CHECKED ABOVE AND AGREE TO COMPLY WITH ALL CONDITIONS OF RELEASE IMPOSED ON ME AND TO BE BOUND BY THE PROVISIONS OF LOCAL CRIMINAL RULES 5.2, 5.4 AND 5.5.

FURTHERMORE, IT IS AGREED & UNDERSTOOD THAT THIS IS A CONTINUING BOND (INCLUDING ANY PROCEEDING ON APPEAL OR REVIEW) WHICH SHALL CONTINUE IN FULL FORCE & EFFECT UNTIL SUCH TIME AS DULY EXONERATED.

I UNDERSTAND THAT VIOLATION OF ANY OF THE GENERAL AND/OR ADDITIONAL CONDITIONS OF RELEASE AS GIVEN ON THE FACE OF THIS BOND MAY RESULT IN A REVOCATION OF RELEASE, AN ORDER OF DETENTION AND A NEW PROSECUTION FOR AN ADDITIONAL OFFENSE WHICH COULD RESULT IN A TERM OF IMPRISONMENT AND/OR FINE.

I FURTHER UNDERSTAND THAT IF I FAIL TO OBEY AND PERFORM ANY OF THE GENERAL AND/OR ADDITIONAL CONDITIONS OF RELEASE AS GIVEN ON THE FACE OF THIS BOND, THIS BOND MAY BE FORFEITED TO THE UNITED STATES OF AMERICA. IF SAID FORFEITURE IS NOT SET ASIDE, JUDGMENT MAY BE SUMMARILY ENTERED IN THIS COURT AGAINST MYSELF AND EACH SURETY, JOINTLY AND SEVERALLY, FOR THE BOND AMOUNT, TOGETHER WITH INTEREST AND COSTS, AND EXECUTION OF THE JUDGMENT MAY BE ISSUED OR PAYMENT SECURED AS PROVIDED BY THE FEDERAL RULES OF CRIMINAL PROCEDURE AND OTHER LAWS OF THE UNITED STATES AND ANY CASH, REAL OR PERSONAL PROPERTY OR THE COLLATERAL PREVIOUSLY POSTED IN CONNECTION WITH THIS BOND MAY BE FORFEITED.

DATE: 3/04/97　　　　Defendant/Material Witness' Signature　　　　(714) 839 0598　Telephone Number

11445 STONE GRESS AVE FV　　　95708
　Address (please print)　　　　　　　　City, State And Zip Code

☐ Check if interpreter is used: I have interpreted into the _____ language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.
　　Date: 3-4-97

APPROVED:_____　　Interpreter's signature
　UNITED STATES MAGISTRATE JUDGE　DATE: 3/4/97

IF CASH DEPOSITED: RECEIPT #_____ FOR $_____
(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 5.2 or 5.3)

ENTERED ON ICMS

CR-1 (05/96)　　CENTRAL DISTRICT OF CALIFORNIA RELEASE ORDER AND BOND FORM
ORIGINAL - YELLOW COPY　　WHITE - DEFENDANT COPY　　PINK - PRETRIAL SERVICES