

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - GENERAL

Case No:   SA CR 95-125-LHM                                Date:   1/12/98

===============================================================================

PRESENT:   HONORABLE LINDA H. McLAUGHLIN, JUDGE

    D. Beard            Sharon Seffens            Marc Greenberg
    Deputy Clerk         Court Reporter           Asst. U. S. Attorney
INTERPRETER:   Jimmy Nguyen
===============================================================================
U.S.A. vs (Dfts listed below)         Attorneys for Defendants

1)   Huu Tran                         1)   Bob Grazley for Marc Axup
XX  pres ____custody  XX bond              ____pres  ____apptd  ____retnd

2)  _____              2)   _____
____ pres ____custody ____bond             ____pres  ____apptd  ____retnd

3)  _____              3)   _____
____ pres ____custody ____bond             ____pres  ____apptd  ____retnd

4)  _____              4)   _____
____ pres ____custody ____bond             ____pres  ____apptd  ____retnd

PROCEEDINGS:   STATUS CONFERENCE

    Cause called.  Hearing held.

    Court notes the appearance of Probation Officer Noreen Dona.

    The progress of the pre-sentence interview is discussed.

    A supplemental pre-sentence report is to be filed by January 26, 1998.  Defendant's objections are due February 9, 1998 and Government's reply is due February 13, 1998.  Sentencing is set for February 23, 1998 at 8:00 a.m.  Mr. Grazley indicates that Mr. Axup will be available on February 23, 1998 for the sentencing.

    Defendant is ordered to appear on February 23, 1998 at 8:00 a.m. for sentencing.  If defendant does not appear, the bond will be forfeited and a bench warrant will be issued.

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.
DATED:  1-14-98
DEPUTY CLERK

MINUTES FORM 6
CRIM - GEN                                  Initials of Deputy Clerk____

copies to:
AUSA Marc Greenberg

Robert Grazley
Penthouse
1055 N. Main St.
Santa Ana, CA 92701

Mark S. Axup
655 University Avenue, Ste 121
Sacramento, CA 95825

U.S. Probation
U.S. Marshal
Pre-Trial Services