```
 1 │ NORA M. MANELLA
   │ United States Attorney
 2 │ DAVID C. SCHEPER
   │ Assistant United States Attorney
 3 │ Chief, Criminal Division
   │ MARC R. GREENBERG
 4 │ Assistant United States Attorney
   │       600 West Santa Ana Boulevard, #1100
 5 │       Santa Ana, California 92701
   │       Telephone:  (714) 246-8121
 6 │
   │ Attorneys for Plaintiff
 7 │ United States of America
```

FILED
FEB 13 1998
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. SACR 95-125-LHM |
|---|---|---|
| Plaintiff, | ) | THE GOVERNMENT'S POSITION RE: SENTENCING FACTORS |
| v. | ) | Hearing: 2/23/98 |
| HUU TRAN, | ) | Time:    8:00 a.m. |
| Defendant. | ) | |

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Marc R. Greenberg, hereby files the Government's Position re: Sentencing Factors in the above-captioned matter.  The Government has read and concurs with the recommendation of the Probation Office as set fourth in the Pre-Sentence report and the Supplemental Report dated January 20, 1998.

DATED:  February 12, 1998.

                              NORA M. MANELLA
                              United States Attorney

                              DAVID C. SCHEPER
                              Assistant United States Attorney
                              Chief, Criminal Division

                              _____
                              MARC R. GREENBERG
                              Assistant United States Attorney

                              Attorneys for Plaintiff
                              United States of America

ENTERED ON ICMS 27

## CERTIFICATE OF SERVICE BY MAIL

I, MARTIN E. JONES, declare: That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is United States Attorney's Office, 1100 Civic Center Plaza Towers, 600 West Santa Ana Boulevard, Suite 1100, Santa Ana, California 92701; that I am over the age of eighteen years, and am not a party to the above-entitled action; That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose discretion the service by mail described in this Certificate was made; that on February 13, 1998 I deposited in the United States Mails in United States Attorney's Office, 1100 Civic Center Plaza Towers, 600 West Santa Ana Boulevard, Suite 1100, Santa Ana, California 92701 in the above-entitled action, in an envelope bearing the requisite postage, a copy of: GOVERNMENT'S POSITION RE: SENTENCING FACTORS

Addressed to:  MARK AXUP
655 UNIVERSITY AVE., STE 121
SACRAMENTO, CA 95825

at his/her last known address, at which place there is a delivery service by United States Mail.

This Certificate is executed on February 13, 1998 Santa Ana, California. I declare under penalty or perjury that the foregoing is true and correct.

MARTIN E. JONES